470 A.2d 1034

Commonwealth v. Spells, Appellant.

Submitted November 7, 1983. Scott Lee Kelley, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.

470 A.2d 1034

Commonwealth v. Stanley, Appellant.

Submitted October 24, 1983. Louis Sherman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.